**Kevin W. DOUGLAS, Plaintiff–Appellant,**

v.

**ARAMARK EDUCATIONAL SERVICE, INCORPORATED; Aramark Corporation; Aramark Services Management of Virginia, Incorporated, Defendants–Appellees.**

No. 02–1421.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Kevin W. Douglas, Appellant Pro Se. Patricia Kyle Epps, Edwin Francis Farren, IV, Hunton & Williams, Richmond, Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin W. Douglas appeals the district court's order dismissing his employment discrimination complaint as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Douglas v. Aramark Educ. Serv., Inc.* No. CA–01–63–3 (W.D.Va. Mar. 6, 2002). We further deny Douglas' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*